JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PILATES SPORTS CENTER INTERNATIONAL INC., <br><br> Plaintiff, <br><br> vs. <br><br> BODY BE WELL, LLC; CHELSEA STREIFENEDER and SUZANNE HAZELTON, <br><br> Defendants. | Case No. 2:24-cv-10657-SVW-SSC <br><br> **ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** <br><br> Assigned Judge: Hon. Stephen V. Wilson |

Having reviewed Plaintiff Pilates Sports Center International Inc.'s ("Plaintiff") and Defendants Body Be Well, LLC, Chelsea Streifeneder, and Suzanne Hazelton's (collectively, "Defendants")'s Joint Stipulation to Dismiss With Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii), and finding good cause, **IT IS HEREBY ORDERED** that this action is dismissed with prejudice. The Court retains jurisdiction to enforce the settlement agreement, and each side bears their own fees and costs.

**IT IS SO ORDERED.**

Dated: October 17, 2025

_____
Hon. Stephen V. Wilson
United States District Judge